**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO 17-40327-KKS** |
| **WILSON, DON THORNTON,** | Chapter: 7 |
| **DEBTOR(S).** | |
| _____/ | |

## NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

**TO:** Debtor(s), Creditors, and Parties in Interest

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below.

1. Description of property:
   Equity interest in miscellaneous household goods and furnishings ($200); equity interest in TV laptop, tablet ($220); Centennial Bank checking account ($136.43).

2. Manner of Sale:     Private ( X )*     Public Auction (  )

3. Terms of Sale: (include purchaser, if known, price, price terms, whether or not sale is free and clear of liens, names and addresses of lienors, and all other pertinent information)

   Private sale to DON THORNTON WILSON of property identified above for a total of $556.43 payable at the rate of $46.37 per month for twelve (12) consecutive months with the first payment due on November 15, 2017. Payment shall be made to Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317. This sale is "as is", "where is" with no warranties expressed or implied. The sale is subject to any scheduled, known or unknown liens, encumbrances, and exemptions; and the Purchase(s) is/are responsible for all payments to Lien Holders, Tax Assessors, etc.

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only) The trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in excess of $<u>200.00</u> more than the original bid and must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received (with the applicable deposit) by the trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: <u>October 18, 2017</u>     /S/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
Smith, Thompson, Shaw, et al
P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile: (850) 702-0735
Florida Bar No. 0184012
trustee@marycolon.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by first class U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on October 18, 2017.

/S/ Mary W. Colón
MARY W. COLÓN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: WILSON, DON THORNTON | CASE NO: 17-40327-KKS |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 10/18/2017, I did cause a copy of the following documents, described below,

Notice of Intent to Sell Property of the Estate,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 10/18/2017

/s/ Mary W. Colon
Mary W. Colon  0184012
Mary W. Colon, Trustee
P O Box 14596
Tallahassee, FL  32317
850 893 4105
janet@marycolon.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: WILSON, DON THORNTON | CASE NO: 17-40327-KKS |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 10/18/2017, a copy of the following documents, described below,

Notice of Intent to Sell Property of the Estate,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/18/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Trustee
Mary W. Colon
P O Box 14596
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>11294<br>CASE 17-40327-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>TALLAHASSEE<br>WED OCT 18 12-02-57 EDT 2017 | 2 CAP1BSTBY<br>50 NW POINT BLVD<br>ELK GROVE VILLAGE IL 60007-1032 | 3 CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| 4 CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | 5 CITI<br>PO BOX 6190<br>SIOUX FALLS SD 57117-6190 | 6 DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON DE 19850-5316 |
| 7 DORIS MALOY LEON COUNTY TAX<br>COLLECTOR<br>POST OFFICE BOX 1835<br>TALLAHASSEE FL 32302-1835 | 8 FIRST COMMERCE CU<br>2330 MAHAN DR<br>TALLAHASSEE FL 32308-6129 | 9 UNITED STATES TRUSTEE<br>110 E PARK AVENUE<br>SUITE 128<br>TALLAHASSEE FL 32301-7728 |

*DEBTOR*

| | | |
|---|---|---|
| 10 DON THORNTON WILSON<br>2131 DANSHIRE DR<br>TALLAHASSEE FL 32308 | 11 LEIGHANNE BOONE<br>THE BOONE LAW FIRM PA<br>207 WEST PARK AVE<br>SUITE A<br>TALLAHASSEE FL 32301-7715 | 12 MARY W COLON<br>PO BOX 14596<br>TALLAHASSEE FL 32317-4596 |