United States Bankruptcy Court
Northern District of Florida

In re:                                                              Case No. 17-40327-KKS
Don Thornton Wilson                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1129-4          User: akenningt          Page 1 of 1          Date Rcvd: Dec 07, 2017
                              Form ID: 318             Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
db             Don Thornton Wilson,   2131 Danshire Dr.,   Tallahassee, FL  32308
smg           +U.S. Attorney (Tallahassee Office),   111 N. Adams Street,   Fourth Floor,
                Tallahassee, FL 32301-7736
cr            +First Commerce Credit Union,   P. O. Box 6416,   Tallahassee, FL 32314-6416
2155476        Cap1/bstby,   50 NW Point Blvd,   Elk Grove Village, IL  60007-1032
2155479        Citi,   PO Box 6190,   Sioux Falls, SD  57117-6190
2159066        Doris Maloy, Leon County Tax Collector,   Post Office Box 1835,   Tallahassee, FL 32302-1835
2155481        First Commerce Cu,   2330 Mahan Dr,   Tallahassee, FL  32308-6129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: FLDEPREV.COM Dec 08 2017 01:03:00      Florida Dept. of Labor/Employment Security,
                c/o Florida Dept. of Revenue,   P.O. Box 6668,   Tallahassee, FL  32314-6668
smg            EDI: FLDEPREV.COM Dec 08 2017 01:03:00      Florida Dept. of Revenue,   Bankruptcy Unit,
                P.O. Box 6668,   Tallahassee, FL  32314-6668
2155477        EDI: CAPITALONE.COM Dec 08 2017 01:08:00      Capital One Bank USA N,   15000 Capital One Dr,
                Richmond, VA  23238-1119
2175037        EDI: CAPITALONE.COM Dec 08 2017 01:08:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
2155478        EDI: CHASE.COM Dec 08 2017 01:08:00      Chase Card,   PO Box 15298,
                Wilmington, DE  19850-5298
2172218        EDI: DISCOVER.COM Dec 08 2017 01:08:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany Ohio 43054-3025
2155480        EDI: DISCOVER.COM Dec 08 2017 01:08:00      Discover Fin Svcs LLC,   PO Box 15316,
                Wilmington, DE  19850-5316
                                                                                    TOTAL: 7


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
          Laura Beth Faragasso    on behalf of Creditor   First Commerce Credit Union
           lbfaragasso@henryblaw.com,  bbethel@henryblaw.com
          Leighanne  Boone    on behalf of Debtor Don Thornton Wilson LBoone@TheBooneLawFirm.com
          Mary W. Colon    trustee@marycolon.com,  fl33@ecfcbis.com
          Mary W. Colon    on behalf of Trustee Mary W. Colon trustee@marycolon.com,  fl33@ecfcbis.com
          United States Trustee   USTPRegion21.TL.ECF@usdoj.gov
                                                                                    TOTAL: 5

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Don Thornton Wilson** | Social Security number or ITIN **xxx–xx–0672** |
| First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN _ _ _ _ |
| First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Florida** | |
| Case number: **17–40327–KKS** | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Don Thornton Wilson

<u>12/7/17</u>

**By the court:** <u>Karen K. Specie</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**