# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-40327 KKS
**Case Name:** WILSON, DON THORNTON
**Period Ending:** 12/31/17

**Trustee:** (290330)   Mary W. Colon, chapter 7 trustee
**Filed (f) or Converted (c):** 07/27/17 (f)
**§341(a) Meeting Date:** 08/21/17
**Claims Bar Date:** 01/10/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2132 Danshire Dr, Tallahassee, FL 32308-3859 | 138,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2003 Chevrolet Astro, 139500 miles, Needs work. | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods<br>    Exemption removed on amended schedules doc. 10 | 200.00 | 200.00 | | 33.34 | 166.66 |
| 4 | TV, Laptop, Tablet<br>    exemption overage; Orig. Description: TV, Laptop, Tablet; Imported from original petition Doc# 1; Exemption: TV, Laptop, Tablet  -  Amount: 300.00 | 300.00 | 0.00 | | 36.66 | 183.34 |
| 5 | Guitars and accessories | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Old Clothes | 20.00 | 0.00 | | 0.00 | FA |
| 7 | Watch, costume jewelry | 5.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account: Centennial Bank<br>    Asset value changed from $156.43 on amended schedules doc. 10; bank statement confirms balance of $156.43 | 20.00 | 136.43 | | 22.74 | 113.69 |
| 9 | Savings Account: Centennial Bank | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Account: First Commerce CU | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Ret. or Pension Acct.: IRA | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 20 Gage Mossberg  (u)<br>    Asset added on amended schedules doc. 10 | 75.00 | 0.00 | | 0.00 | FA |
| 13 | 2017 tax refund  (u)<br>    estimated | Unknown | 1,900.00 | | 0.00 | 1,900.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-40327 KKS  
**Case Name:** WILSON, DON THORNTON  

**Period Ending:** 12/31/17

**Trustee:** (290330)   Mary W. Colon, chapter 7 trustee  
**Filed (f) or Converted (c):** 07/27/17 (f)  
**§341(a) Meeting Date:** 08/21/17  
**Claims Bar Date:** 01/10/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 13   **Assets**   **Totals**  (Excluding unknown values) | $140,420.00 | $2,236.43 | | $92.74 | $2,363.69 |

**Major Activities Affecting Case Closing:**

Promissory note collections through October 15, 2018.

2017 tax return/refund (noticed 1-1-18)

TFR

Promissory note-Equity interest in miscellaneous household goods and furnishings ($200); equity interest in TV laptop, tablet ($220); Centennial Bank checking account ($136.43).

Total of $556.43 payable at the rate of $46.37 per month.  Commence on November 15, 2017.

objections due by 11-8-17 re: NOITS; no objections were filed

prepared & file NOITS doc. #17 (owed signed note)

notice of assets filed doc. #14

promissory note @ $556.43 to be signed sent 10-6-17

**Initial Projected Date Of Final Report (TFR):**  October 1, 2018

**Current Projected Date Of Final Report (TFR):**  October 1, 2018

_____January 17, 2018_____  
Date

/s/ Mary W. Colon, chapter 7 trustee  
_____  
Mary W. Colon, chapter 7 trustee

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-40327 KKS
**Case Name:** WILSON, DON THORNTON

**Taxpayer ID #:** **-***7395
**Period Ending:** 12/31/17

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******0966 - Checking Account
**Blanket Bond:** $10,276,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/17/17 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #1; note payment | | | 46.37 | | 46.37 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #1; note payment | 16.67 | 1129-000 | | | 46.37 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #1; note payment | 18.33 | 1129-000 | | | 46.37 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #1; note payment | 11.37 | 1129-000 | | | 46.37 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 36.37 |
| 12/15/17 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #2; note payment | | | 46.37 | | 82.74 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #2; note payment | 16.67 | 1129-000 | | | 82.74 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #2; note payment | 18.33 | 1129-000 | | | 82.74 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #2; note payment | 11.37 | 1129-000 | | | 82.74 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 72.74 |

Subtotals :   $92.74   $20.00

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-40327 KKS  
**Case Name:** WILSON, DON THORNTON  

**Taxpayer ID #:** **-***7395  
**Period Ending:** 12/31/17  

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $10,276,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Account   ******0966

|  |  |  |
|---|---|---|
| Balance Forward | 0.00 |  |
| 2    Deposits | 92.74 | 0    Checks    0.00 |
| 0    Interest Postings | 0.00 | 2    Adjustments Out    20.00 |
| Subtotal | 92.74 | 0    Transfers Out    0.00 |
| 0    Adjustments In | 0.00 | Total    20.00 |
| 0    Transfers In | 0.00 |  |
| Total | 92.74 |  |

Net Receipts :    92.74  
Net Estate :    $92.74

Case Totals

|  |  |  |
|---|---|---|
| Balance Forward | 0.00 |  |
| 2    Deposits | 92.74 | 0    Checks    0.00 |
| 0    Interest Postings | 0.00 | 2    Adjustments Out    20.00 |
| Subtotal | 92.74 | 0    Transfers Out    0.00 |
| 0    Adjustments In | 0.00 | Total    20.00 |
| 0    Transfers In | 0.00 |  |
| Total | 92.74 | Net Total Balance    72.74 |

_____  
January 17, 2018  
Date  

/s/ Mary W. Colon, chapter 7 trustee  
_____  
Mary W. Colon, chapter 7 trustee  

{} Asset reference(s)                                   Printed: 01/17/2018 01:57 PM    V.13.32