**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO: 17-40327-KKS** |
| | **CHAPTER 7** |
| **WILSON, DON THORNTON,** | |
|    Debtor(s).  | |
| _____/ | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORIZATION**
**TO PAY NON-ESTATE FUNDS FROM TAX REFUND**
**TO DEBTOR(S) (Doc. 27)**

THIS CAUSE having come before the Court upon Trustee's Motion for Authorization to Pay Non-estate Funds from Tax Refund to Debtor(s) (Doc. 27), no hearing being required, and the Court being otherwise fully advised in the premises.

It is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay Don Thornton Wilson, the amount of $3,901.32.

**DONE AND ORDERED** on __May 24, 2018__.

_____
KAREN K. SPECIE
U.S. Bankruptcy Judge

Prepared by:
Mary W. Colón, Esq.

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.