**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO: 17-40327-KKS** |
| **WILSON, DON THORNTON,** | **CHAPTER 7** |
| **Debtor(s).** | |
| _____ / | |

## CERTIFICATE OF SERVICE

**COMES NOW**, Mary W. Colón ("Trustee"), and hereby certifies that a true copy of the Order Granting Trustee's Motion for Authorization to Pay Non-Estate Funds From Tax Refund to Debtor(s) (Doc. 28), was served the date referenced below on all parties listed below and in the manner indicated:

<u>by first class U. S. Mail with postage pre-paid, addressed to</u>:

DON THORNTON WILSON
2131 DANSHIRE DR.
TALLAHASSEE, FL 32308

LEIGHANNE BOONE, ESQ.
THE BOONE LAW FIRM, P A
207 WEST PARK AVE.
SUITE A
TALLAHASSEE, FL 32301

*\*To reflect those parties served electronically, a copy of the courts Notice of Electronic Filing for the referenced Order is attached to this certificate.*

**DATED:** May 25, 2018.

/s/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee

Smith, Thompson, Shaw, et al
Post Office Box 14596
Tallahassee, FL  32317
Florida Bar No. 0184012
Phone:  (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## Mary Colon

| | |
|---|---|
| **From:** | BKECF@flnb.uscourts.gov |
| **Sent:** | Thursday, May 24, 2018 1:33 PM |
| **To:** | FLNB_ECF_CourtMail@flnb.uscourts.gov |
| **Subject:** | 17-40327-KKS Order on Motion to Pay |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Northern District of Florida**

**SERVE**

Notice of Electronic Filing

The following transaction was received from Hawkins, J. entered on 5/24/2018 at 1:32 PM EDT and filed on 5/24/2018

**Case Name:** Don Thornton Wilson
**Case Number:** 17-40327-KKS
**Document Number:** 28

**Docket Text:**
Order Granting Trustee's Motion for Authorization to Pay Non-Estate Funds from Tax Refund to Debtor(s) (Re: [27]) signed on 5/24/2018 . Mary W. Colon shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days. (Hawkins, J.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\Documents\Orders\To Be Processed\Jestin\AL 17-40327 Wilson; Ord Pay Debtor (27) 5-21.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1042227419 [Date=5/24/2018] [FileNumber=7028844-0
] [0c86977a000c94fc1e01a7843aae3f34997cef2ec3ca029abaed7089b42e5a8b824
493a4307f5bf6cd40816c8237c98d1ba79c8c90758f9ad6ac881e599ba148]]

**17-40327-KKS Notice will be electronically mailed to:**

Leighanne Boone on behalf of Debtor Don Thornton Wilson
LBoone@TheBooneLawFirm.com

Mary W. Colon

1

trustee@marycolon.com, fl33@ecfcbis.com

Mary W. Colon on behalf of Trustee Mary W. Colon
trustee@marycolon.com, fl33@ecfcbis.com

Laura Beth Faragasso on behalf of Creditor First Commerce Credit Union
lbfaragasso@henryblaw.com, bbethel@henryblaw.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

**17-40327-KKS Notice will not be electronically mailed to:**