UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

DON THORNTON WILSON         CASE NO.:  17-40327-KKS
                            CHAPTER:  7

  Debtor.
_____/

### ORDER VACATING *ORDER APPROVING DEBTOR'S APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED* (DOC. 20)

THIS MATTER is before the Court *sua sponte.* The Debtor commenced this Chapter 7 Case by filing his Petition on July 27, 2017 (Doc. 1). N November 7, 2017, Debtor filed his *Application to Have the Chapter 7 Filing Fee Waived* ("Application," Doc. 19). After a review of Debtor's Schedules, the Application was approved on November 13, 2017 ("Order," Doc. 20). The Order states, in pertinent part:

> This order is subject ot being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted or it appears that the filing fee should be paid out of assets recovered by the Trustee.

On My 24, 2018, the Court entered an *Order Granting Trustee's Motion for Authorization to Pay Non-Estate Funds from Tax Refunds to*

SK

*Debtor* indicating that Estate had a surplus of $3,901.32 to return to Debtor (Doc. 28). It appears that there are sufficient funds in the Estate's account to pay the Chapter 7 filing fee in full.

For this reason, it is

ORDERED:

1. The *Order Approving Debtor's Application to Have the Chapter 7 Filing Fee Waive* (Doc. 20) is VACATED.

2. The Chapter 7 Trustee is directed to pay the full Chapter 7 filing fee from the proceeds in the Estate's account.

DONE and ORDERED on   October 25, 2018   .

                                          KAREN K. SPECIE
                                          Chief U. S. Bankruptcy Judge

cc: All parties in interest.