United States Bankruptcy Court
Northern District of Florida

In re:  
Don Thornton Wilson  
      Debtor

Case No. 17-40327-KKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1129-4     User: akenningt     Page 1 of 1     Date Rcvd: Oct 25, 2018  
                       Form ID: pdf002     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.  
db          Don Thornton Wilson,    2131 Danshire Dr.,    Tallahassee, FL   32308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:  
         Laura Beth Faragasso    on behalf of Creditor    First Commerce Credit Union  
           lbfaragasso@henryblaw.com,    bbethel@henryblaw.com  
         Leighanne Boone    on behalf of Debtor Don Thornton Wilson LBoone@TheBooneLawFirm.com  
         Mary W. Colon    trustee@marycolon.com,   fl33@ecfcbis.com  
         Mary W. Colon    on behalf of Trustee Mary W. Colon trustee@marycolon.com,   fl33@ecfcbis.com  
         United States Trustee    USTPRegion21.TL.ECF@usdoj.gov  
                                                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

DON THORNTON WILSON                CASE NO.:  17-40327-KKS
                                   CHAPTER:  7

   Debtor.
_____/


## ORDER VACATING *ORDER APPROVING DEBTOR'S APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED* (DOC. 20)

THIS MATTER is before the Court *sua sponte.* The Debtor commenced this Chapter 7 Case by filing his Petition on July 27, 2017 (Doc. 1). N November 7, 2017, Debtor filed his *Application to Have the Chapter 7 Filing Fee Waived* ("Application," Doc. 19). After a review of Debtor's Schedules, the Application was approved on November 13, 2017 ("Order," Doc. 20). The Order states, in pertinent part:

> This order is subject ot being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted or it appears that the filing fee should be paid out of assets recovered by the Trustee.

On My 24, 2018, the Court entered an *Order Granting Trustee's Motion for Authorization to Pay Non-Estate Funds from Tax Refunds to*

SK

*Debtor* indicating that Estate had a surplus of $3,901.32 to return to Debtor (Doc. 28). It appears that there are sufficient funds in the Estate's account to pay the Chapter 7 filing fee in full.

For this reason, it is

ORDERED:

1. The *Order Approving Debtor's Application to Have the Chapter 7 Filing Fee Waive* (Doc. 20) is VACATED.

2. The Chapter 7 Trustee is directed to pay the full Chapter 7 filing fee from the proceeds in the Estate's account.

DONE and ORDERED on __October 25, 2018__.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: All parties in interest.