UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re: WILSON, DON THORNTON § Case No. 17-40327-KKS
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 27, 2017. The undersigned trustee was appointed on July 27, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        5,728.85

   Funds were disbursed in the following amounts:
   Payments made under an
      interim distribution                                         0.00
   Administrative expenses                                         0.00
   Bank service fees                                             110.00
   Other payments to creditors                                     0.00
   Non-estate funds paid to 3rd Parties                            0.00
   Exemptions paid to the debtor                                   0.00
   Other payments to the debtor                                3,901.32

   Leaving a balance on hand of [1]      $        1,717.53

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/10/2018 and the deadline for filing governmental claims was 01/23/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $456.88. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $456.88, for a total compensation of $456.88.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $85.60, for total expenses of $85.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/14/2018    By: /s/Mary W. Colon, chapter 7 trustee
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-40327-KKS  
**Case Name:** WILSON, DON THORNTON  

**Trustee:** (290330) Mary W. Colon, chapter 7 trustee  
**Filed (f) or Converted (c):** 07/27/17 (f)  
**§341(a) Meeting Date:** 08/21/17  

**Period Ending:** 11/14/18  
**Claims Bar Date:** 01/10/18

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2132 Danshire Dr, Tallahassee, FL 32308-3859 | 138,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2003 Chevrolet Astro, 139500 miles, Needs work. | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods<br>    Exemption removed on amended schedules doc. 10 | 200.00 | 200.00 | | 200.00 | FA |
| 4 | TV, Laptop, Tablet<br>    exemption overage; Orig. Description: TV, Laptop, Tablet; Imported from original petition Doc# 1; Exemption: TV, Laptop, Tablet  -  Amount: 300.00 | 300.00 | 0.00 | | 220.00 | FA |
| 5 | Guitars and accessories | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Old Clothes | 20.00 | 0.00 | | 0.00 | FA |
| 7 | Watch, costume jewelry | 5.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account: Centennial Bank<br>    Asset value changed from $156.43 on amended schedules doc. 10; bank statement confirms balance of $156.43 | 20.00 | 136.43 | | 136.43 | FA |
| 9 | Savings Account: Centennial Bank | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Account: First Commerce CU | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Ret. or Pension Acct.: IRA | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 20 Gage Mossberg  (u)<br>    Asset added on amended schedules doc. 10 | 75.00 | 0.00 | | 0.00 | FA |
| 13 | 2017 tax refund  (u)<br>    total refund 5497 (3267 EIC); estate share 1271.10 | Unknown | 1,900.00 | | 5,172.42 | FA |
| 13 | **Assets   Totals** (Excluding unknown values) | **$140,420.00** | **$2,236.43** | | **$5,728.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR

Motion to Pay doc. 27 filed.  
returned debtor's voided check to Ms. Boone 4-17-18.  
Promissory note-Equity interest in miscellaneous household goods and furnishings ($200); equity interest in TV laptop, tablet ($220); Centennial Bank checking account ($136.43).  
Total of $556.43 payable at the rate of $46.37 per month.  Commence on November 15, 2017.  Paid in full 3-26-18

Printed: 11/14/2018 10:35 AM     V.14.14

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-40327-KKS  
**Case Name:** WILSON, DON THORNTON  

**Trustee:** (290330) Mary W. Colon, chapter 7 trustee  
**Filed (f) or Converted (c):** 07/27/17 (f)  
**§341(a) Meeting Date:** 08/21/17  

**Period Ending:** 11/14/18  

**Claims Bar Date:** 01/10/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| objections due by 11-8-17 re: NOITS; no objections were filed<br>prepared & file NOITS doc. #17 (owed signed note)<br>notice of assets filed doc. #14<br>promissory note @ $556.43 to be signed sent 10-6-17 | | | | | |

**Initial Projected Date Of Final Report (TFR):** October 1, 2018     **Current Projected Date Of Final Report (TFR):** November 13, 2018  (Actual)

November 14, 2018  
Date

/s/ Mary W. Colon, chapter 7 trustee  
Mary W. Colon, chapter 7 trustee

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-40327-KKS | | Trustee: | Mary W. Colon, chapter 7 trustee (290330) |
|---|---|---|---|---|
| Case Name: | WILSON, DON THORNTON | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0966 - Checking Account |
| Taxpayer ID #: | **-***7395 | | Blanket Bond: | $10,276,000.00  (per case limit) |
| Period Ending: | 11/14/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/17 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #1; note payment | | 46.37 | | 46.37 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #1; note payment     16.67 | 1129-000 | | | 46.37 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #1; note payment     18.33 | 1129-000 | | | 46.37 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #1; note payment     11.37 | 1129-000 | | | 46.37 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 36.37 |
| 12/15/17 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #2; note payment | | 46.37 | | 82.74 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #2; note payment     16.67 | 1129-000 | | | 82.74 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #2; note payment     18.33 | 1129-000 | | | 82.74 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #2; note payment     11.37 | 1129-000 | | | 82.74 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 72.74 |
| 01/16/18 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #3; note payment | | 46.37 | | 119.11 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #3; note payment     16.67 | 1129-000 | | | 119.11 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #3; note payment     18.33 | 1129-000 | | | 119.11 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #3; note payment     11.37 | 1129-000 | | | 119.11 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 109.11 |
| 02/14/18 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #4; note payment | | 46.37 | | 155.48 |
| | {3} | | Acct #1 NOITS DOC.     16.67 | 1129-000 | | | 155.48 |

Subtotals :     $185.48     $30.00

{} Asset reference(s)                                         Printed: 11/14/2018 10:35 AM    V.14.14

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 17-40327-KKS | **Trustee:** | Mary W. Colon, chapter 7 trustee (290330) | |
| **Case Name:** | WILSON, DON THORNTON | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******0966 - Checking Account | |
| **Taxpayer ID #:** | **-***7395 | **Blanket Bond:** | $10,276,000.00   (per case limit) | |
| **Period Ending:** | 11/14/18 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #17; Payment #4; note payment | | | | | |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #4; note payment | 18.33 | 1129-000 | | | 155.48 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #4; note payment | 11.37 | 1129-000 | | | 155.48 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 145.48 |
| 03/15/18 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #5; noe payment | | | 46.37 | | 191.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #5; noe payment | 16.67 | 1129-000 | | | 191.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #5; noe payment | 18.33 | 1129-000 | | | 191.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #5; noe payment | 11.37 | 1129-000 | | | 191.85 |
| 03/26/18 | | United States Treasury | 2017 tax refund~#4030 82598940 | | | 5,497.00 | | 5,688.85 |
| | {13} | | | 1,271.10 | 1224-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #10 | 16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #11 | 16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #12 | 16.63 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #6 | 16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #7 | 16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #8 | 16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #9 | 16.67 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #10 | 18.33 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. | 18.33 | 1129-000 | | | 5,688.85 |

Subtotals :     $5,543.37     $10.00

{} Asset reference(s)                                          Printed: 11/14/2018 10:35 AM     V.14.14

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-40327-KKS  
**Case Name:** WILSON, DON THORNTON  

**Taxpayer ID #:** **-***7395  
**Period Ending:** 11/14/18  

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $10,276,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #17; Payment #11 | | | | | |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #12 | 18.37 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #6 | 18.33 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #7 | 18.33 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #8 | 18.33 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #9 | 18.33 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #10 | 11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #11 | 11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #12 | 11.36 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #6 | 11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #7 | 11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #8 | 11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #9 | 11.37 | 1129-000 | | | 5,688.85 |
| | {13} | | | 3,901.32 | 1224-000 | | | 5,688.85 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,678.85 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,668.85 |
| 05/29/18 | 101 | WILSON, DON THORNTON | REFUND NON-ESTATE FUNDS PER ORDER DOC. 28 | | 8500-002 | | 3,901.32 | 1,767.53 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,757.53 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,747.53 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,737.53 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,727.53 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 1,722.53 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 1,717.53 |

Subtotals:  $0.00    $3,971.32

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 17-40327-KKS  
**Case Name:** WILSON, DON THORNTON  

**Taxpayer ID #:** **-***7395  
**Period Ending:** 11/14/18  

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $10,276,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,728.85 | 4,011.32 | **$1,717.53** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,728.85 | 4,011.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,728.85** | **$4,011.32** | |

| | |
|---:|---:|
| Net Receipts : | 5,728.85 |
| Less Other Noncompensable Items : | 3,901.32 |
| Net Estate : | $1,827.53 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0966** | 5,728.85 | 4,011.32 | 1,717.53 |
| | **$5,728.85** | **$4,011.32** | **$1,717.53** |

November 14, 2018  
Date

/s/ Mary W. Colon, chapter 7 trustee  
Mary W. Colon, chapter 7 trustee

{} Asset reference(s)                                Printed: 11/14/2018 10:35 AM    V.14.14

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 10, 2018

**Case Number:** 17-40327-KKS
**Debtor Name:** WILSON, DON THORNTON

Page: 1

**Date:** November 14, 2018
**Time:** 10:35:18 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Mary W. Colon, chapter 7 trustee<br>P. O. Box 14596<br>Tallahassee, FL 32317 | Admin Ch. 7 | | $85.60 | $0.00 | 85.60 |
| 200 | Mary W. Colon, chapter 7 trustee<br>P. O. Box 14596<br>Tallahassee, FL 32317 | Admin Ch. 7 | | $456.88 | $0.00 | 456.88 |
| CLERK 200 | US BANKRUPTCY COURT<br>110 East Park Avenue<br>Suite 100<br>Tallahassee, FL 32301 | Admin Ch. 7 | | $335.00 | $0.00 | 335.00 |
| 1 100 | Doris Maloy, Leon County Tax Collector<br>Post Office Box 1835<br>Tallahassee, FL 32302-1835 | Secured | Post Office Box 1835<br>Tallahassee, FL 323021835<br>-------------------------------------------------------------------------<br>History: Details1-108/15/2017Claim #1 filed by Doris Maloy, Leon County Tax Collector, Amount claimed: $1197.99 (admin)<br>------------------------------------------------------------------------------* * * | $1,197.99 | $0.00 | 1,197.99 |
| NOTFILED 100 | First Commerce Cu<br>2330 Mahan Dr<br>Tallahassee, FL 32308-6129 | Secured | 0801 | $0.00 | $0.00 | 0.00 |
| 2 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 9632<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 430543025<br>-------------------------------------------------------------------------<br>History: Details2-110/19/2017Claim #2 filed by Discover Bank, Amount claimed: $15774.66 (Wilson, Melissa )<br>------------------------------------------------------------------------------* * * | $15,774.66 | $0.00 | 15,774.66 |
| 3 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 9281<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 430543025<br>-------------------------------------------------------------------------<br>History: Details3-110/19/2017Claim #3 filed by Discover Bank, Amount claimed: $8487.69 (Wilson, Melissa )<br>------------------------------------------------------------------------------* * * | $8,487.69 | $0.00 | 8,487.69 |
| 4 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | 1834<br>PO Box 71083<br>Charlotte, NC 282721083<br>-------------------------------------------------------------------------<br>History: Details4-111/06/2017Claim #4 filed by Capital One Bank (USA), N.A., Amount claimed: $6189.09 (Boswell, Ashley ) | $6,189.09 | $0.00 | 6,189.09 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 10, 2018

**Case Number:** 17-40327-KKS  
**Debtor Name:** WILSON, DON THORNTON

Page: 2

**Date:** November 14, 2018  
**Time:** 10:35:18 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| | | | ------------------------------------------------------------------------------------*** | | | |
| 5<br>610 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | 5173<br>PO Box 2011<br>Warren, MI 48090<br>--------------------------------------------------------------------------<br>History: Details5-112/22/2017Claim #5 filed by Midland Funding LLC, Amount claimed: $8991.54 (Rajic, Gordana )<br>------------------------------------------------------------------------------*** | $8,991.54 | $0.00 | 8,991.54 |
| 6<br>610 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | 2717<br>PO Box 2011<br>Warren, MI 48090<br>--------------------------------------------------------------------------<br>History: Details6-112/22/2017Claim #6 filed by Midland Funding LLC, Amount claimed: $3602.76 (Rajic, Gordana )<br>------------------------------------------------------------------------------*** | $3,602.76 | $0.00 | 3,602.76 |
| NOTFILED<br>610 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Unsecured | 4211 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 45,121.21 | 0.00 | 45,121.21 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-40327-KKS
Case Name: WILSON, DON THORNTON
Trustee Name: Mary W. Colon, chapter 7 trustee

**Balance on hand:** $ 1,717.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Doris Maloy, Leon County Tax Collector | 1,197.99 | 1,197.99 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,717.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mary W. Colon, chapter 7 trustee | 456.88 | 0.00 | 456.88 |
| Trustee, Expenses - Mary W. Colon, chapter 7 trustee | 85.60 | 0.00 | 85.60 |
| Charges, U.S. Bankruptcy Court | 335.00 | 0.00 | 335.00 |

Total to be paid for chapter 7 administration expenses: $ 877.48
Remaining balance: $ 840.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 840.05

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 840.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,045.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 15,774.66 | 0.00 | 307.85 |
| 3 | Discover Bank | 8,487.69 | 0.00 | 165.64 |
| 4 | Capital One Bank (USA), N.A. | 6,189.09 | 0.00 | 120.78 |
| 5 | Midland Funding LLC | 8,991.54 | 0.00 | 175.47 |
| 6 | Midland Funding LLC | 3,602.76 | 0.00 | 70.31 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 840.05 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**