**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                    CASE NO. 17-40327 KKS
WILSON, DON THORNTON
                                          CHAPTER 7

_____ Debtor(s)

## APPLICATION FOR COMPENSATION TO TRUSTEE

Mary W. Colón, Trustee of the bankruptcy estate of the above-named Debtor(s), applies for compensation and says:

1.      The debtors filed a petition for relief under Chapter 7 of the Bankruptcy Code on 07/27/17.

2.      Applicant was appointed as trustee to take charge of the property of the debtors on 07/27/17, and has duly qualified and performed all the duties required of him/her as trustee.

3.      The trustee has duly administered all properties of the debtors, reduced them to monies and realized from said properties the sum of $1,827.53.

4.      The trustee has filed with this Court all the reports and records required by this Court.

5.      A reasonable compensation for services as trustee is:

| $ | 1,827.53 | x 25% = | $ | 456.88 |
|---|---|---|---|---|
| $ | 0.00 | x 10% = | $ | 0.00 |
| $ | 0.00 | x 5% = | $ | 0.00 |
| $ | 0.00 | x 3% = | $ | 0.00 |
| | | | $ | 456.88 |

6.    Trustee has paid out of her own funds the following expenses, properly chargeable to the estate, none of which has been repaid, and for which reimbursement is requested:

| | | |
|---|---|---|
| Premium on Trustee's bond | $ | 0.88 |
| Necessary copies | $ | 58.00 |
| Postage | $ | 26.72 |
| Other | $ | 0.00 |
| Total | $ | 85.60 |

7.    A detailed expense report is attached as Exhibit "A".

**WHEREFORE,** Mary W. Colón, trustee of the bankruptcy estate of WILSON, DON THORNTON, prays for such allowance for his/her services herein as the Court finds reasonable and just.

Dated:  November 14, 2018          /s/ Mary W. Colón
                                   Mary W. Colón, Trustee
                                   P. O. Box 14596
                                   Tallahassee, FL 32317
                                   (850) 241-0144
                                   trustee@marycolon.com

# Expense Worksheet Exhibit "A"
### Period:  01/01/00 - 11/14/18
### Trustee: Mary W. Colon, chapter 7 trustee (290330)

| | |
|---|---|
| **Case Number:** 17-40327 | **Case Name:** WILSON, DON THORNTON |
| **Case Type:** Assets | **Judge:** KAREN K. SPECIE |
| **Petition Date:** 07/27/17 | **341a Meeting:** 09/18/17  13:30 |

**Category:** COPIES

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 10/18/17 | NOITS doc. #17 mailed by BK Atty | 1.00 | $5.000 | $5.00 |
| 01/08/18 | 2017 tax refund turnover | 12.00 | $0.250 | $3.00 |
| 04/17/18 | letter to Boone - debtor's voided check & A/R Status Report enclosed | 3.00 | $0.250 | $0.75 |
| 05/21/18 | Motion to Pay doc. 27 | 6.00 | $0.250 | $1.50 |
| 05/25/18 | service re: Order doc. 28 | 10.00 | $0.250 | $2.50 |
| 11/14/18 | order fees | 30.00 | $0.150 | $4.50 |
| 11/14/18 | nfr | 75.00 | $0.150 | $11.25 |
| 11/14/18 | not div | 28.00 | $0.250 | $7.00 |
| 11/14/18 | tfr/nfr/tdr | 30.00 | $0.250 | $7.50 |
| 11/14/18 | financial file | 60.00 | $0.250 | $15.00 |
| | **Total for category COPIES:** | **255.00** | | **$58.00** |

**Category:** POSTAGE

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 10/18/17 | NOITS doc. #17 mailed by BK Atty | 11.00 | $0.460 | $5.06 |
| 01/08/18 | 2017 tax refund turnover | 2.00 | $0.460 | $0.92 |
| 04/17/18 | letter to Boone - debtor's voided check & A/R Status Report enclosed | 1.00 | $0.470 | $0.47 |
| 05/21/18 | Motion to pay doc. 27 | 2.00 | $0.470 | $0.94 |
| 05/25/18 | Order doc. 28 | 2.00 | $0.470 | $0.94 |
| 11/14/18 | order fees | 15.00 | $0.470 | $7.05 |
| 11/14/18 | nfr | 15.00 | $0.470 | $7.05 |
| 11/14/18 | not div | 7.00 | $0.470 | $3.29 |
| 11/14/18 | tdr | 1.00 | $1.000 | $1.00 |
| | **Total for category POSTAGE:** | **56.00** | | **$26.72** |

**Category:** TRUSTEE BOND

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 11/14/18 | Summary | 1.00 | $0.880 | $0.88 |
| | **Total for category TRUSTEE BOND:** | **1.00** | | **$0.88** |
| | **Total for case 17-40327:** | | | **$85.60** |

# Expense Worksheet Exhibit "A"

### Period:  01/01/00 - 11/14/18

### Trustee: Mary W. Colon, chapter 7 trustee (290330)

| | | | |
|---|---|---|---|
| **Case Number:** | 17-40327 | **Case Name:** | WILSON, DON THORNTON |
| **Case Type:** | Assets | **Judge:** | KAREN K. SPECIE |
| **Petition Date:** | 07/27/17 | **341a Meeting:** | 09/18/17   13:30 |

| | |
|---|---|
| **Grand Total:** | **$85.60** |