# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

In re: WILSON, DON THORNTON                    §    Case No. 17-40327-KKS
                                               §
                                               §
                                               §
Debtor(s)                                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
Mary W. Colon, chapter 7 trustee          , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court Clerk
110 E. Park Avenue, Suite 100
Tallahassee, Florida 32301

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within  21 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.   If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

Date Mailed:  11/14/2018          By:  /s/ Mary W Colon
                                                    Trustee

Mary W. Colon, chapter 7 trustee
P. O. Box 14596
Tallahassee, FL  32317
(850) 241-0144
trustee@marycolon.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

In re: WILSON, DON THORNTON  §  Case No. 17-40327-KKS
§
§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $  5,728.85

*and approved disbursements of*  $  4,011.32

*leaving a balance on hand of* [1]  $  1,717.53

**Balance on hand:**  $  1,717.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Doris Maloy, Leon County Tax Collector | 1,197.99 | 1,197.99 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  1,717.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mary W. Colon, chapter 7 trustee | 456.88 | 0.00 | 456.88 |
| Trustee, Expenses - Mary W. Colon, chapter 7 trustee | 85.60 | 0.00 | 85.60 |
| Charges, U.S. Bankruptcy Court | 335.00 | 0.00 | 335.00 |

Total to be paid for chapter 7 administration expenses:  $  877.48
Remaining balance:  $  840.05

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 840.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 840.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,045.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 15,774.66 | 0.00 | 307.85 |
| 3 | Discover Bank | 8,487.69 | 0.00 | 165.64 |
| 4 | Capital One Bank (USA), N.A. | 6,189.09 | 0.00 | 120.78 |
| 5 | Midland Funding LLC | 8,991.54 | 0.00 | 175.47 |
| 6 | Midland Funding LLC | 3,602.76 | 0.00 | 70.31 |

Total to be paid for timely general unsecured claims: $ 840.05

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $          0.00

Remaining balance:  $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00

Remaining balance:  $          0.00

Prepared By:   /s/Mary W. Colon, chapter 7 trustee

Trustee

Mary W. Colon, chapter 7 trustee
P. O. Box 14596
Tallahassee, FL  32317
(850) 241-0144
trustee@marycolon.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  DON THORNTON WILSON

CASE NO: 17-40327

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 12/20/2018, I did cause a copy of the following documents, described below,

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/20/2018

/s/ Mary W Colon
Mary W Colon  0184012
trustee@marycolon.com
Chapter 7 Trustee
PO Box 14596
Tallahassee, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  DON THORNTON WILSON

CASE NO: 17-40327

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 12/20/2018, a copy of the following documents, described below,

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/20/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W Colon
Chapter 7 Trustee
PO Box 14596
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
11294
CASE 17-40327-KKS
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE
THU DEC 20 11-19-18 EST 2018

FIRST COMMERCE CREDIT UNION
P O BOX 6416
TALLAHASSEE FL 32314-6416

CAP1BSTBY
50 NW POINT BLVD
ELK GROVE VILLAGE IL 60007-1032

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHASE CARD
PO BOX 15298
WILMINGTON DE 19850-5298

CITI
PO BOX 6190
SIOUX FALLS SD 57117-6190

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OHIO 43054-3025

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON DE 19850-5316

DORIS MALOY LEON COUNTY TAX COLLECTOR
POST OFFICE BOX 1835
TALLAHASSEE FL 32302-1835

FIRST COMMERCE CU
2330 MAHAN DR
TALLAHASSEE FL 32308-6129

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

DEBTOR

DON THORNTON WILSON
2131 DANSHIRE DR
TALLAHASSEE FL 32308

LEIGHANNE BOONE
207 WEST PARK AVE
SUITE A
TALLAHASSEE FL 32301-7715

MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596