# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br>WILSON, DON THORNTON<br><br>Debtor(s) | CASE NO. 17-40327 KKS<br><br>CHAPTER 7 |

## ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION (Doc. 34)

**THIS CAUSE** came before this Court on the Trustee's Application for Compensation (Doc. 34), and notice having been given to all creditors and no objections being filed, and the Court being fully advised in the premises, it is

ORDERED the application is approved.  Mary W. Colón is awarded trustee's fees in the amount of $456.88 and expenses in the amount of $85.60 and the trustee is directed to pay such fees as an administrative expense.

DONE AND ORDERED this  17th day of January, 2019  .

/s/ Karen K. Specie

KAREN K. SPECIE
U. S. Bankruptcy Judge

Prepared by:
Mary W. Colón

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.