UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE: WILSON, DON THORNTON | CASE NO: 17-40327-KKS |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 36 |

On 1/17/2019, I did cause a copy of the following documents, described below,

ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION (DOC. 34) ECF Docket Reference No. 36

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/17/2019

/s/ Mary W. Colon, Trustee
Mary W. Colon, Trustee  0184012

P. O. Box 14596
Tallahassee, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE: WILSON, DON THORNTON | CASE NO: 17-40327-KKS |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 36 |

On 1/17/2019, a copy of the following documents, described below,

ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION (DOC. 34) ECF Docket Reference No. 36

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/17/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Trustee

P. O. Box 14596
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>11294<br>CASE 17-40327-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>TALLAHASSEE<br>THU JAN 17 14-40-12 EST 2019 | FIRST COMMERCE CREDIT UNION<br>P O BOX 6416<br>TALLAHASSEE FL 32314-6416 | CAP1BSTBY<br>50 NW POINT BLVD<br>ELK GROVE VILLAGE IL 60007-1032 |
| CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CITI<br>PO BOX 6190<br>SIOUX FALLS SD 57117-6190 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OHIO 43054-3025 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON DE 19850-5316 |
| DORIS MALOY LEON COUNTY TAX COLLECTOR<br>POST OFFICE BOX 1835<br>TALLAHASSEE FL 32302-1835 | FIRST COMMERCE CU<br>2330 MAHAN DR<br>TALLAHASSEE FL 32308-6129 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| UNITED STATES TRUSTEE<br>110 E PARK AVENUE<br>SUITE 128<br>TALLAHASSEE FL 32301-7728 | DEBTOR<br>DON THORNTON WILSON<br>2131 DANSHIRE DR<br>TALLAHASSEE FL 32308 | LEIGHANNE BOONE<br>207 WEST PARK AVE<br>SUITE A<br>TALLAHASSEE FL 32301-7715 |
| MARY W COLON<br>PO BOX 14596<br>TALLAHASSEE FL 32317-4596 | | |