**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| IN RE:<br>WILSON, DON THORNTON<br><br>Debtor(s) | CASE NO. 17-40327 KKS<br><br>CHAPTER 7 |

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on 01/23/2019. If checks are not cashed within 90 days by the creditors, all remaining funds will be deposited into the registry of the Court pursuant to F.R.B.P. 3009.

Dated: January 23, 2019        /s/ Mary W. Colón
                                                         Mary W. Colón
                                                       Chapter 7 Trustee
                                                       Post Office Box 14596
                                                       Tallahassee, Florida 32317
                                                       (850) 241-0144
                                                       trustee@marycolon.com

TRUSTEE'S FINAL DIVIDENDS

BALANCE ON HAND $ 1,717.53

CHAPTER 7 ADMINISTRATIVE EXPENSES §507(a)(1):

|  | Dividend |
|---|---|
| Mary W. Colon, chapter 7 trustee, Trustee Compensation | 456.88 |
| Mary W. Colon, chapter 7 trustee, Trustee Expenses | 85.60 |
| US BANKRUPTCY COURT, Clerk of the Court Costs (includes adversary and other filing fees) | 335.00 |

REMAINING BALANCE ON HAND $ 840.05

CHAPTER 11 ADMINISTRATIVE EXPENSES §507(a)(1):

| Claim # | Creditor | Requested | Allowed | Dividend |
|---|---|---|---|---|

REMAINING BALANCE ON HAND $ 840.05

UNSECURED CLAIMS TIMELY FILED §726(a)(2): Dividend 1.95%

| Claim # | Creditor | Allowed | Dividend |
|---|---|---|---|
| 2 | Discover Bank | 15,774.66 | 307.85 |
| 3 | Discover Bank | 8,487.69 | 165.64 |
| 4 | Capital One Bank (USA), N.A. | 6,189.09 | 120.78 |
| 5 | Midland Funding LLC | 8,991.54 | 175.47 |
| 6 | Midland Funding LLC | 3,602.76 | 70.31 |
| NOTFILED | Chase Card | 0.00 | 0.00 |

REMAINING BALANCE ON HAND $ 0.00