**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re: WILSON, DON THORNTON      §      Case No. 17-40327-KKS
                                 §
                                 §
                                 §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      Mary W. Colón, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $142,900.00 | Assets Exempt: | $143,220.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $840.05 | Claims Discharged Without Payment: | $47,224.69 |
| Total Expenses of Administration: | $987.48 | | |

      3) Total gross receipts of $5,728.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $3,901.32 (see **Exhibit 2**), yielded net receipts of $1,827.53 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $65,853.00 | $1,197.99 | $1,197.99 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $987.48 | $987.48 | $987.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $46,464.00 | $43,045.74 | $43,045.74 | $840.05 |
| **TOTAL DISBURSEMENTS** | $112,317.00 | $45,231.21 | $45,231.21 | $1,827.53 |

4) This case was originally filed under chapter 7 on 07/27/2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/21/2019                          By: /s/ Mary W. Colon, Chapter 7 Trustee
                                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TV, Laptop, Tablet | 1129-000 | $220.00 |
| 2017 tax refund | 1224-000 | $5,172.42 |
| Household Goods | 1129-000 | $200.00 |
| Checking Account: Centennial Bank | 1129-000 | $136.43 |
| **TOTAL GROSS RECEIPTS** | | **$5,728.85** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WILSON, DON THORNTON | REFUND NON-ESTATE FUNDS PER ORDER DOC. 28 | 8500-002 | $3,901.32 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$3,901.32** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Doris Maloy, Leon County Tax Collector | 4700-000 | $0.00 | $1,197.99 | $1,197.99 | $0.00 |
| N/F | First Commerce Cu | 4110-000 | $65,853.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$65,853.00** | **$1,197.99** | **$1,197.99** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Mary W. Colon, chapter 7 trustee | 2100-000 | NA | $456.88 | $456.88 | $456.88 |
| Trustee, Expenses - Mary W. Colon, chapter 7 trustee | 2200-000 | NA | $85.60 | $85.60 | $85.60 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $335.00 | $335.00 | $335.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $110.00 | $110.00 | $110.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $987.48 | $987.48 | $987.48 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | $15,131.00 | $15,774.66 | $15,774.66 | $307.85 |
| 3 | Discover Bank | 7100-000 | $7,905.00 | $8,487.69 | $8,487.69 | $165.64 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $5,987.00 | $6,189.09 | $6,189.09 | $120.78 |
| 5 | Midland Funding LLC | 7100-000 | $9,149.00 | $8,991.54 | $8,991.54 | $175.47 |
| 6 | Midland Funding LLC | 7100-000 | $3,273.00 | $3,602.76 | $3,602.76 | $70.31 |
| N/F | Chase Card | 7100-000 | $5,019.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$46,464.00** | **$43,045.74** | **$43,045.74** | **$840.05** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 17-40327-KKS
Case Name: WILSON, DON THORNTON
For Period Ending: 03/21/2019

Trustee Name: (290330) Mary W. Colón
Date Filed (f) or Converted (c): 07/27/2017 (f)
§ 341(a) Meeting Date: 08/21/2017
Claims Bar Date: 01/10/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2132 DanshireDr, Tallahassee, FL 32308-3859, Leon County Single-family home, Homestead. Entire property value: $138,000.00 | 138,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2003 Chevrolet Astro, 139500 miles, Needs work. | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods<br>Exemption removed on amended schedules doc. 10 | 200.00 | 200.00 | | 200.00 | FA |
| 4 | TV, Laptop, Tablet<br>exemption overage; Orig. Description: TV, Laptop, Tablet; Imported from original petition Doc# 1; Exemption: TV, Laptop, Tablet - Amount: 300.00 | 300.00 | 0.00 | | 220.00 | FA |
| 5 | Guitars and accessories | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Old Clothes | 20.00 | 0.00 | | 0.00 | FA |
| 7 | Watch, costume jewelry | 5.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account: Centennial Bank<br>Asset value changed from $156.43 on amended schedules doc. 10; bank statement confirms balance of $156.43 | 20.00 | 136.43 | | 136.43 | FA |
| 9 | Savings Account: Centennial Bank | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Account: First Commerce CU | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Ret. or Pension Acct.: IRA | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | 20 Gage Mossberg (u)<br>Asset added on amended schedules doc. 10 | 75.00 | 0.00 | | 0.00 | FA |
| 13 | 2017 tax refund (u)<br>total refund 5497 (3267 EIC); estate share 1271.10 | Unknown | 1,900.00 | | 5,172.42 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$143,420.00** | **$2,236.43** | | **$5,728.85** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 17-40327-KKS  
**Case Name:** WILSON, DON THORNTON  

**For Period Ending:** 03/21/2019

**Trustee Name:** (290330) Mary W. Colón  
**Date Filed (f) or Converted (c):** 07/27/2017 (f)  
**§ 341(a) Meeting Date:** 08/21/2017  
**Claims Bar Date:** 01/10/2018

**Major Activities Affecting Case Closing:**

Motion to Pay doc. 27 filed.  
returned debtor's voided check to Ms. Boone 4-17-18.  
Promissory note-Equity interest in miscellaneous household goods and furnishings ($200); equity interest in TV laptop, tablet ($220); Centennial Bank checking account ($136.43).  
Total of $556.43 payable at the rate of $46.37 per month. Commence on November 15, 2017. Paid in full 3-26-18

objections due by 11-8-17 re: NOITS; no objections were filed  
prepared & file NOITS doc. #17 (owed signed note)  
notice of assets filed doc. #14  
promissory note @ $556.43 to be signed sent 10-6-17

**Initial Projected Date Of Final Report (TFR):** 10/01/2018     **Current Projected Date Of Final Report (TFR):** 11/13/2018 (Actual)

03/21/2019  
Date

/s/Mary W. Colón  
Mary W. Colón

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |
|---|---|
| **Case No.:** 17-40327-KKS | **Trustee Name:** Mary W. Colón (290330) |
| **Case Name:** WILSON, DON THORNTON | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** **-***7395 | **Account #:** ******0966 Checking Account |
| **For Period Ending:** 03/21/2019 | **Blanket Bond (per case limit):** $250,000.00 |
| | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/17/17 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #1; note payment | | 46.37 | | 46.37 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #1; note payment $16.67 | 1129-000 | | | 46.37 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #1; note payment $18.33 | 1129-000 | | | 46.37 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #1; note payment $11.37 | 1129-000 | | | 46.37 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 36.37 |
| 12/15/17 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #2; note payment | | 46.37 | | 82.74 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #2; note payment $16.67 | 1129-000 | | | 82.74 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #2; note payment $18.33 | 1129-000 | | | 82.74 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #2; note payment $11.37 | 1129-000 | | | 82.74 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 72.74 |
| 01/16/18 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #3; note payment | | 46.37 | | 119.11 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #3; note payment $16.67 | 1129-000 | | | 119.11 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #3; note payment $18.33 | 1129-000 | | | 119.11 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #3; note payment $11.37 | 1129-000 | | | 119.11 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 109.11 |
| 02/14/18 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #4; note payment | | 46.37 | | 155.48 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #4; note payment $16.67 | 1129-000 | | | 155.48 |
| | | | **Page Subtotals:** | | **$185.48** | **$30.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 17-40327-KKS | | Trustee Name: | Mary W. Colón (290330) |
|---|---|---|---|---|
| Case Name: | WILSON, DON THORNTON | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7395 | | Account #: | ******0966 Checking Account |
| For Period Ending: | 03/21/2019 | | Blanket Bond (per case limit): | $250,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #4; note payment $18.33 | 1129-000 | | | 155.48 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #4; note payment $11.37 | 1129-000 | | | 155.48 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 145.48 |
| 03/15/18 | | Wilson, Don | Acct #1 NOITS DOC. #17; Payment #5; noe payment | | 46.37 | | 191.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #5; noe payment $16.67 | 1129-000 | | | 191.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #5; noe payment $18.33 | 1129-000 | | | 191.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #5; noe payment $11.37 | 1129-000 | | | 191.85 |
| 03/26/18 | | United States Treasury | 2017 tax refund~#4030 82598940 | | 5,497.00 | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #6 $16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #7 $16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #8 $16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #9 $16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #10 $16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #11 $16.67 | 1129-000 | | | 5,688.85 |
| | {3} | | Acct #1 NOITS DOC. #17; Payment #12 $16.63 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #6 | 1129-000 | | | 5,688.85 |
| | | | Page Subtotals: | | $5,543.37 | $10.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9  
Page: 3

| | |  | |
|---|---|---|---|
| **Case No.:** | 17-40327-KKS | **Trustee Name:** | Mary W. Colón (290330) |
| **Case Name:** | WILSON, DON THORNTON | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7395 | **Account #:** | ******0966 Checking Account |
| **For Period Ending:** | 03/21/2019 | **Blanket Bond (per case limit):** | $250,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $18.33 | | | | |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #7 $18.33 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #8 $18.33 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #9 $18.33 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #10 $18.33 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #11 $18.33 | 1129-000 | | | 5,688.85 |
| | {4} | | Acct #1 NOITS DOC. #17; Payment #12 $18.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #6 $11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #7 $11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #8 $11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #9 $11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #10 $11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #11 $11.37 | 1129-000 | | | 5,688.85 |
| | {8} | | Acct #1 NOITS DOC. #17; Payment #12 $11.36 | 1129-000 | | | 5,688.85 |
| | {13} | | $1,271.10 | 1224-00 | | | 5,688.85 |

**Page Subtotals:** $0.00    $0.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 17-40327-KKS | Trustee Name: | Mary W. Colón (290330) |
|---|---|---|---|
| Case Name: | WILSON, DON THORNTON | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7395 | Account #: | ******0966 Checking Account |
| For Period Ending: | 03/21/2019 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {13} | | $3,901.32 | 1224-00 | | | 5,688.85 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,678.85 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,668.85 |
| 05/29/18 | 101 | WILSON, DON THORNTON | REFUND NON-ESTATE FUNDS PER ORDER DOC. 28 | 8500-002 | | 3,901.32 | 1,767.53 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,757.53 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,747.53 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,737.53 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,727.53 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,722.53 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,717.53 |
| 01/23/19 | 102 | US BANKRUPTCY COURT | Dividend paid 100.00% on $335.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 335.00 | 1,382.53 |
| 01/23/19 | 103 | Capital One Bank (USA), N.A. | Dividend paid   1.95% on $6,189.09; Claim# 4; Filed: $6,189.09; Reference: 1834 | 7100-000 | | 120.78 | 1,261.75 |
| 01/23/19 | 104 | Mary W. Colon, chapter 7 trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 542.48 | 719.27 |
| | | | Dividend paid 100.00% on $85.60; Claim# ; Filed: $85.60   $85.60 | 2200-000 | | | 719.27 |
| | | | Dividend paid 100.00% on $456.88;  Claim# ; Filed: $456.88   $456.88 | 2100-000 | | | 719.27 |
| 01/23/19 | 105 | Discover Bank | Combined Check for Claims#2,3 | | | 473.49 | 245.78 |
| | | | Dividend paid   1.95% on $8,487.69;  Claim# 3; Filed: $8,487.69;  Reference: 9281   $165.64 | 7100-000 | | | 245.78 |
| | | | Dividend paid   1.95% on $15,774.66; Claim# 2; Filed: $15,774.66;  Reference: 9632   $307.85 | 7100-000 | | | 245.78 |
| | | | **Page Subtotals:** | | **$0.00** | **$5,443.07** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 17-40327-KKS | Trustee Name: | Mary W. Colón (290330) |
|---|---|---|---|
| Case Name: | WILSON, DON THORNTON | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7395 | Account #: | ******0966 Checking Account |
| For Period Ending: | 03/21/2019 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/23/19 | 106 | Midland Funding LLC | Combined Check for Claims#5,6 | | | 245.78 | 0.00 |
| | | | Dividend paid   1.95% on $8,991.54;  Claim# 5; Filed: $8,991.54;  Reference: 5173  $175.47 | 7100-000 | | | 0.00 |
| | | | Dividend paid   1.95% on $3,602.76;  Claim# 6; Filed: $3,602.76;  Reference: 2717  $70.31 | 7100-000 | | | 0.00 |
| | | | COLUMN TOTALS | | 5,728.85 | 5,728.85 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,728.85 | 5,728.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,728.85 | $5,728.85 | |

*{ }* Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:    6

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-40327-KKS | **Trustee Name:** | Mary W. Colón (290330) | |
| **Case Name:** | WILSON, DON THORNTON | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***7395 | **Account #:** | ******0966 Checking Account | |
| **For Period Ending:** | 03/21/2019 | **Blanket Bond (per case limit):** | $250,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0966 Checking Account | $5,728.85 | $5,728.85 | $0.00 |
| | **$5,728.85** | **$5,728.85** | **$0.00** |

03/21/2019                                      /s/Mary W. Colón
_____                    _____
Date                                                Mary W. Colón

**UST Form 101-7-TDR (10 /1/2010)**